JOINTLY SUBMITTED

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CODY HOCKENHULL, individually<br><br>Plaintiff,<br><br>vs.<br><br>JACK SCHLUNEGER, JR., individually;<br>LANDFORCE CORPORATION, a<br>California Corporation, DOES I-X, and<br>ROE Corporations I-X, inclusive,<br><br>Defendants. | 2:14-cv-1750-RFB-GWF |

## STIPULATION TO EXTEND THE DATE FOR SUBMISSION OF THE JOINT PRE-TRIAL ORDER AND TO SCHEDULE A SETTLEMENT CONFERENCE
### (Second Requested Modification)

Plaintiff Cody Hockenhull and Defendants Jack Schluneger, Jr. and Landforce Corporation, by and through their respective counsel, and pursuant to LR 26-4, stipulate to modify their discovery plan as follows:

**(a) Discovery Completed.**

All discovery is complete. The operative Stipulated Discovery and Scheduling Order (First Request) dated February 2, 2015 [ECF 15] provides as follows:

| | |
|---|---|
| Last day of discovery: | Closed June 22, 2015 |
| Last day to amend/add: | Closed March 23, 2015 |
| Initial Expert Disclosure: | Closed April 23, 2015 |
| Rebuttal Expert Disclosure: | Closed May 26, 2015 |
| Dispositive Motions filed: | Closed July 22, 2015 |
| Joint Pre-Trial Order: | August 21, 2015 |

### (b) Discovery That Remains To Be Completed

The only remaining item on the Scheduling Order that is incomplete is the submission of the Joint Pre-Trial Order. The parties seek to extend that deadline in order to have the court rule on Defendant's Motion to Exclude Evidence #1 [ECF 30] and then subsequently participate in a settlement conference.

### (c) The Reason Why The Deadline Should Be Extended

After discovery closed on June 22, 2015, Plaintiff Cody Hockenhull's doctor drafted a report dated July 16, 2015 recommending future medical care that he opines is related to the subject accident. On July 24, 2015, Plaintiff disclosed his future damages claims to Defendants. On August 17, 2015, Defendants filed a Motion To Exclude these damages claims, stating that they were untimely disclosed. [ECF 30].

Upon the filing of this motion, the parties met and conferred. They agreed to participate in a Settlement Conference.

The parties agree that this Court should extend the deadline for filing the Joint Pre-Trial Order until after this Court rules on the pending Motion to Exclude Evidence [ECF 30] and until after the Settlement Conference has been completed.

### (d) A Proposed Schedule For Completing Remaining Tasks

1. The parties hereby stipulate that the Discovery Plan and Scheduling Order be modified a second time to extend the deadline for the Joint Pre-Trial Order.

2. The parties stipulate that the matter be submitted to a Settlement Conference before the Magistrate Judge but not before the court has ruled on Defendant's Motion to Exclude Evidence #1 [ECF 30].

3. The parties further agree that the due date of filing the Joint Pre-Trial Order shall be extended until 30 days after the court has decided Defendant's Motion to

///

///

1  Exclude Evidence #1 and the Settlement Conference has been held.
2
3  Dated: August 20, 2015                              Dated: August 20, 2015
4  RICHARD HARRIS LAW FIRM                             MILLS & ASSOCIATES
5
6  /s/ AJ Sharp                                        /s/ Michael C. Mills

7  RICHARD HARRIS, ESQ.                                MICHAEL C. MILLS, ESQ.
   Nevada Bar No. 000505                               Nevada Bar No. 003534
8  A.J. SHARP, ESQ.                                    3650 N. Rancho Drive, #114
   Nevada Bar No. 11457                                Las Vegas, Nevada 89130
9  801 South Fourth Street                             Attorney for Defendants,
   Las Vegas, NV 89101                                 Jack Schluneger, Jr., and
10 Attorney for Plaintiff,                             Landforce Corporation
11 Cody Hockenhull
12
13        IT IS SO ORDERED this 25th day of _____August_____, 2015.
14
15
16                                  _____
17                                  UNITED STATES MAGISTRATE JUDGE
18
19
20
21
22
23
24
25
26
27
28



STIPULATION TO EXTEND THE DATE FOR SUBMISSION OF THE JOINT PRE-TRIAL ORDER AND
TO SCHEDULE A SETTLEMENT CONFERENCE (SECOND REQUESTED MODIFICATION)