MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
MILLS & ASSOCIATES
3650 N. Rancho Dr., Ste. 114
Las Vegas, Nevada 89130
Telephone No.: (702) 240-6060
Fax No.: (702) 240-4267

Attorney for Defendants,
Jack Schluneger, Jr. and
Landforce Corporation



## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CODY HOCKENHULL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>JACK SCHLUNEGER, JR., individually;<br>LANDFORCE CORPORATION, a<br>California Corporation, DOES I-X, and<br>ROE Corporations I-X, inclusive,<br><br>Defendants. | 2:14-cv-01750-RFB-GWF |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE PLAINTIFF'S THIRD AND FOURTH CAUSES OF ACTION

Plaintiff Cody Hockenhull and Defendants Jack Schluneger, Jr. and Landforce Corporation, by and through their respective counsel, hereby stipulate and agree to

///

///

///

dismiss with prejudice the Third and Fourth Causes of Action set forth in Plaintiff's complaint.

Dated: August 3, 2015

RICHARD HARRIS LAW FIRM

/s/ A.J. Sharp

_____
RICHARD HARRIS, ESQ.
Nevada Bar No. 000505
A.J. SHARP, ESQ.
Nevada Bar No. 11457
801 South Fourth Street
Las Vegas, NV 89101
Attorney for Plaintiff,
Cody Hockenhull

Dated: August 3, 2015

MILLS & ASSOCIATES

/s/ Michael C. Mills

_____
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Drive, #114
Las Vegas, Nevada 89130
Attorney for Defendants,
Jack Schluneger, Jr., and
Landforce Corporation

ORDER

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 26th day of August, 2015

