# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| CODY HOCKENHULL, | ) | |
| Plaintiff, | ) | Case No. 2:14-cv-01750-RFB-GWF |
| vs. | ) | **ORDER** |
| JACK SCHLUNEGER, JR., *et al*, | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendants' Request for Exemption from Attendance at the Settlement Conference (#46), filed on May 18, 2016. Plaintiff filed a Statement of Non-Opposition (#47) on May 18, 2016. Upon review and consideration,

**IT IS HEREBY ORDERED** that Defendants' Request for Exemption from Attendance at the Settlement Conference (#46) is **granted**.

DATED this 19th day of May, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge